AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PHILLIP SESSLEY, et al.,**

       **Plaintiffs,**

                                    **JUDGMENT IN A CIVIL CASE**

**vs.**

                                    **CASE NO. C2-11-348**

**WELLS FARGO BANK, N.A., et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
                                                 **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed March 6, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 6, 2012                                  JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk